

*Casie Walker*

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/20/2015 2:48:14 PM
CHRISTOPHER A. PRINE
Clerk

April 20, 2015

Court of Appeals - First District of Texas

Re:    Court of Appeals Number: 01-14-00109-CV
       Trail Court Case Number: 7723

Style:  The State of Texas
       v.
       Jeffery Steven Marx

This letter is to inform the Court there has been no hearing on indigency nor has there been any contest to the affidavit.

Sincerely,

Casie Walker
District Clerk